**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01309-LTB-MjW

PATRICIA GROVE,

Plaintiff,

v.

SKYLYNE MACHINE & SUPPLY, INC. and
WILLIAM R. HENRY, individually,

Defendants.

_____

**ORDER**
_____


Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to

Dismiss, filed August 9, 2006 - Doc No. 8, and Plaintiff's Motion to Strike Brief and

Exhibits Filed in Conjunction with Motion to Dismiss, filed August 9, 2006 - Doc No. 7,

are DENIED.


Dated: August 10, 2006

                                                        BY THE COURT:


                                                        __s/Lewis T. Babcock_____
                                                        Lewis T. Babcock, Chief Judge